**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 10-00796 WHA |
| Plaintiff, | |
| v. | **ORDER RE STIPULATION** |
| | **FOR ENTRY OF JUDGMENT** |
| BENJAMIN JONES, MICHELLE YU, OFFICE OF TAX COLLECTOR SAN MATEO COUNTY, NATIONAL CITY MORTGAGE COMPANY, UNIFUND CCR PARTNERS, EMPLOYMENT DEVELOPMENT DEPARTMENT STATE OF CALIFORNIA, FRANCHISE TAX BOARD STATE OF CALIFORNIA, BANK OF AMERICA N.A. | |
| Defendant. | |

In this action, the government seeks to collect on defendant Jones's outstanding tax liability and to foreclose a federal tax lien on his interest in a residential piece of real property commonly known as 742 Great Highway, #3, San Francisco, California, which he purchased in 1996 with his ex-wife, defendant Michelle Yu, as joint tenants. The government and defendant Jones now have stipulated (Dkt. No. 6) that judgment may be entered in favor of the government against him for his delinquent federal income tax liabilities, that the tax lien may be foreclosed, and that the Court order the sale of the property at 742 Great Highway, #3. Defendant Yu has filed an objection to this stipulation on the grounds that she is an "innocent spouse" and that the real property at issue is now her home and belongs to her alone (Dkt. No.

1   7).  She has not, however, submitted supporting documentation or declarations to show her

2   ownership or to establish her status as an innocent spouse.

3   In light of the objection of defendant Yu, the proposed judgment between the

4   government and defendant Jones shall not be entered at this time.  The initial case management

5   conference in this matter is scheduled for June 16, 2010.  The parties should be prepared to

6   address the proposed judgment and defendant Yu's objections at that time.

7

8   **IT IS SO ORDERED.**

9

10   Dated:  June 14, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

*United States District Court*
For the Northern District of California

2