IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>  v.<br><br>BENJAMIN JONES, MICHELLE YU, OFFICE OF TAX COLLECTOR SAN MATEO COUNTY, NATIONAL CITY MORTGAGE COMPANY, UNIFUND CCR PARTNERS, EMPLOYMENT DEVELOPMENT DEPARTMENT STATE OF CALIFORNIA, FRANCHISE TAX BOARD STATE OF CALIFORNIA, BANK OF AMERICA N.A.<br><br>Defendants.<br>                                                                 / | No. C 10-00796 WHA<br><br>**ORDER RE STIPULATION TO ADD PARTY, SELL PROPERTY, AND DISTRIBUTE PROCEEDS** |

In this action, the government seeks to collect on defendant Jones's outstanding tax liability and to foreclose a federal tax lien on his interest in a residential piece of real property commonly known as 742 Great Highway, #3, San Francisco, California, which he purchased in 1996 with his ex-wife, defendant Michelle Yu, as joint tenants. The government and defendant Unifund CCR Partners now have stipulated (Dkt. No. 21) to name Unifund as an additional defendant, sell the property at 742 Great Highway, #3, and distribute the proceeds to the parties.

Defendant Unifund has already been named as a defendant in this action pursuant to plaintiff's complaint. The stipulation to name it as an additional defendant is therefore **DENIED AS MOOT**. The stipulation to sell the property and distribute the proceeds to the parties is also

**DENIED**.  Such a stipulation shall not be approved unless it is also joined by all other defendants claiming an interest in the property.

    **IT IS SO ORDERED.**

Dated:  August 2, 2010.



WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE

2