1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   BLAKE D. STAMM (ctbn 301887)
4  Assistant United States Attorney
   9th Floor Federal Building
5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7000

7  Attorneys for the United States of America

8             IN THE UNITED STATES DISTRICT COURT FOR THE

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          SAN FRANCISCO DIVISION

11
   UNITED STATES OF AMERICA,        )
12                                  )   No. CV 10 796 WHA
           Plaintiff,               )
13                                  )
       v.                           )
14                                  )   STIPULATION FOR
   BENJAMIN JONES, et al.,          )   ENTRY OF PROTECTIVE ORDER
15                                  )   AND [proposed] ORDER
           Defendants.              )
16                                  )

17     The parties, United States of America and Defendant Michelle Yu, agree as evidenced by
18 their signatures below, subject to the Court's approval, as follows:
19     1.     That the government shall provide records received from the Internal Revenue
20 Service (IRS) in the above-captioned matter which are Bate Stamped 1 through 430.
21     2. Defendant Michelle Yu shall not disclose, publish or otherwise in any way make
22 public the above-referenced documents and shall use them exclusively in the context of the
23 litigation referenced above.
24     3. Should defendant Michelle Yu make use of any record described above, that record
25 and any reference to that record shall be filed under seal.
26 ///
27 ///
28 ///

| | | |
|---|---|---|
| 1 | Dated: 9/10/10 | MELINDA HAAG<br>United States Attorney |
| 2 | | |
| 3 | | /s/ |
| 4 | | BLAKE D. STAMM<br>Assistant United States Attorney |
| 5 | | |
| 6 | Dated: 7/10/2010 | |
| 7 | | ANTHONY GILES<br>Attorney for Michelle Yu |
| 8 | | |
| 9 | SO ORDERED. | |
| 10 | Dated: September 13, 2010. | THE HONORABLE WILLIAM H. ALSUP<br>United States District Judge |

Stip For Entry Of Protective Order
& [proposed] Judgment (C-10-796-WHA)        2