IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. C-10-796-WHA |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE SUMMARY JUDGMENT HEARING |
| BENJAMIN JONES, ET AL. ) | |
| Defendants. ) | |

The government and defendant Yu have been attempting to negotiate settlement in this matter. Acceptance of defendant Yu's offer must be reviewed at several levels both locally and at the Department of Justice, Tax Division. As a result the parties stipulate to the continuance of the hearing date of the government's motion for summary judgment from October 7, 2010 to October 28, 2010 to permit this review.

MELINDA HAAG
United States Attorney

Dated: September 17, 2010                    /s/
BLAKE D. STAMM
Assistant United States Attorney

Dated: September 17, 2010                    /s/
ANTHONY D. GILES
Attorney for defendant, Michelle Yu

SO ORDERED.

Dated: September 20, 2010.
THE HONORABLE WILLIAM H. ALSUP
United States District Judge