MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
BLAKE D. STAMM (ctbn 301887)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CV 10-796-WHA |
| Plaintiff, ) | |
| v. ) | STIPULATION TO CONTINUE HEARING ON SUMMARY JUDGMENT MOTION AND [proposed] ORDER |
| BENJAMIN JONES, et al., ) | |
| Defendants. ) | |

    The parties, United States of America (the government) and Defendant Michelle Yu, agree as evidenced by their signatures below, subject to the Court's approval, as follows:

    1.    The government and defendant Yu have been in productive settlement negotiations.

    2.    It is anticipated that the government's motion for summary judgment would be mooted by settlement.

    3.    Accordingly, the government and defendant Michelle Yu stipulate to a continuance of the hearing on the government's motion for summary judgment until January 13, 2011 at 8:00 a.m..

    4.    Should the government file a Reply to defendant Michelle Yu's Opposition to the Government's Motion for Summary Judgment, the government and defendant Michelle Yu agree to participate in mediation within seven days of the government's filing..

|    |    |
|----|----|
| 1  |    |
| 2  | MELINDA HAAG<br>United States Attorney |
| 3  |    |
| 4  | Dated: 10/7/10         /S/<br>BLAKE D. STAMM<br>Assistant United States Attorney |

1

2          MELINDA HAAG
           United States Attorney
3
   Dated: 10/7/10              /S/
4                              BLAKE D. STAMM
                               Assistant United States Attorney
5

6
   Dated: 10/7/10              /S/
7                              ANTHONY GILES
                               Attorney for Michelle Yu
8

9

10       SO ORDERED

11

12 Dated: October 8, 2010.

                               _____
13                             THE HONORABLE WILLIAM H. ALSUP
                               United States District Judge
14

Stip To Cont. Hearing: Summary Judgment
Motion & [proposed] Order (No. 10-796-WHA)        2