IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>BENJAMIN JONES, ET AL.<br><br>  Defendants. | No. C-10-796-WHA<br><br>[~~PROPOSED~~] ORDER |

The government will by November 12, 2010, alternatively advise the Court whether an agreement resolving this matter has been effected or respond to the merits of defendant Yu's motion.

Dated: November 5, 2010.

_____
THE HONORABLE WILLIAM H. ALSUP
United States District Judge