IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN JONES, MICHELLE YU, OFFICE OF TAX COLLECTOR SAN MATEO COUNTY, NATIONAL CITY MORTGAGE COMPANY, UNIFUND CCR PARTNERS, EMPLOYMENT DEVELOPMENT DEPARTMENT STATE OF CALIFORNIA, FRANCHISE TAX BOARD STATE OF CALIFORNIA, and BANK OF AMERICA N.A.,<br><br>Defendants.<br>_____ / | No. C 10-00796 WHA<br><br>**NOTICE REGARDING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

    As a precaution against any late-filed motions for continuance, the parties are notified that plaintiff's motion for summary judgment will be heard as scheduled on January 13, 2011, at 8:00 a.m.

Dated: January 4, 2011.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE