UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. C-10-796 WHA |
| Plaintiff, | ) | |
| v. | ) | STIPULATION TO DISMISS AND [proposed] ORDER |
| BENJAMIN JONES, et al., | ) | |
| Defendants. | ) | |

It is hereby stipulated by and between plaintiff, United States of America, and defendant, Michelle Yu through their respective counsel, that this matter against defendant Yu be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

MELINDA HAAG
United States Attorney

/s/
ANTHONY GILES
Attorney for Defendant
Michelle Yu

/s/
BLAKE D. STAMM
Assistant United States Attorney

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 3, 2011.

Judge William Alsup